
JRB: USAO 2018R00234

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. GJH 18cr510 |
| | * | |
| JUSTIN PAUL KEENER, | * | (Abusive Sexual Contact, |
| | * | 18 U.S.C. § 2244(a)(5)) |
| Defendant | * | |
| | * | |

*******

### INFORMATION

#### COUNT ONE
(Abusive Sexual Contact)

The United States Attorney for the District of Maryland charges that:

In or about November 2017, in the District of Maryland and elsewhere, the defendant,

**JUSTIN PAUL KEENER,**

in the special maritime and territorial jurisdiction of the United States, knowingly engaged in sexual contact, as defined in 18 U.S.C. § 2246(3), with Victim A, a person who had not yet attained the age of 12 years.

18 U.S.C. § 2244(a)(5)

Robert K. Hur
United States Attorney

Date: October 5, 2018