## ATTACHMENT A

## STIPULATION OF FACTS

FILED ____ ENTERED
LOGGED ____ RECEIVED

OCT 1 2 2018

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ DEPUTY

The undersigned parties stipulate and agree that if this case had proceeded to trial, this Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.

In or about November 2017, **JUSTIN PAUL KEENER** ("**KEENER**"), while residing at Naval Air Station Patuxent River, a location within the special maritime or territorial jurisdiction of the United States, knowingly and intentionally touched the genitalia of Victim A with the intent to arouse or gratify the sexual desire of any person. Victim A was at the time under 12 years of age. At the time **KEENER** engaged in this conduct, Victim A was under the care, custody, or supervisory control of **KEENER**.

SO STIPULATED:

_____
Joseph R. Baldwin
Assistant United States Attorney

_____
Justin Paul Keener
Defendant

_____
Julie Stelzig, Esq.
Counsel for Defendant

Rev. August 2018